IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.  5:18-CR-40058-HLT |
| ) | |
| v. ) | |
| ) | |
| THOMAS FRITZEL, CASEY ) | |
| STEWART, WESLEY LYNCH, TUCKER ) | |
| FRITZEL, DFC COMPANY OF ) | |
| LAWRENCE, L.C., EAGLE 1968, L.C. and ) | |
| R&R SUPPLY COMPANY, L.C. ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO DECLARE CASE COMPLEX AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

Come now the undersigned parties, by and though counsel, and hereby move the Court for an order extending the 70-day trial deadline to designate excludable time under the "ends of justice" provision in 18 U.S.C. §3161(h)(7), and to designate this case as complex under 18 U.S.C. §3161(h)(7)(B)(ii).   In support of the joint motion, the parties state:

1. The Indictment in this case (Doc. 1) was filed on June 27, 2018 charging the Defendants with conspiracy, failing to notify the authorities prior to removing asbestos material, failing to wet friable asbestos before removal and failing to comply with asbestos waste disposal standards.

2. The undersigned Defendants appeared on August 14, 2018 and entered not guilty pleas to the Indictment.

3. Pretrial Orders have been entered (Doc. 31) setting the next status conference for September 24, 2018, at 9:30 a.m.

1

2

4. Consistent with procedures adopted in this District, the parties have discussed discovery and the Government has provided substantial discovery to Defendants. The parties agree to continue to work together to resolve any discovery issues as this case goes forward.

5. The undersigned parties jointly seek a court order designating this case as complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii). The parties believe that designation of this case as complex is appropriate and will serve the interests of justice as to the proper disposition of this case.

6. This case is unusual and complex, as those terms are used in the Speedy Trial Act. Initial review of the Government's initial disclosures include 5 GB of data totaling 1,058 files to be reviewed (over 4,000 pages), currently seven (7) audio files requiring transcription and at least 20 witnesses requiring defense interview.

7. The allegations in the Indictment relate to the identification and regulated handling and disposal of asbestos and violations of the Clean Air Act and National Emission Standards for Hazardous Air Pollutants.

8. Expert witnesses will need to be consulted and perhaps retained as part of the defense of this case. Should the case proceed to trial, the defense will need time for the experts to inspect evidence and perform additional testing if needed. The time limits of the Speedy Trial Act do not allow for adequate time to prepare for a trial with issues of scientific grounding.

9. Defense counsel anticipate filing a number of pretrial motions, to include motions to suppress statements, motions for bills of particulars, motions concerning the admissibility of evidence and possible motions to dismiss. Such motions may require evidentiary hearings.

10. Assistant United States Attorney Richard Hathaway was contacted regarding this request and he has no objection to the parties request for a complex case designation.

11. Based on the above factors, the parties believe that the denial of a continuance would prevent Defendants and their counsel sufficient time to effectively review discovery, locate witnesses and documents, evaluate the need for expert witnesses and file appropriate

motions, taking into account the exercise of due diligence as described in 18 U.S.C. §3161(h)(7)(B)(iv).

12. The parties believe that designation of this case as complex and granting a continuance outweigh the best interests of the public and Defendants in a speedy trial.

13. The parties ask the Court to designate this case as complex, continue the trial setting, and exclude time under the Speedy Trial Act. The parties also ask that the Court set a motion and trial schedule consistent with this request.

14. The parties have discussed this motion with their respective clients. The clients hereby consent to tolling the time as guaranteed by the Sixth Amendment of the Constitution of the United States and 18 U.S.C. §3161, *et. seq*. and further consent to this matter being designated as complex pursuant to 18 U.S.C. §3161.

15. Defendants request that a status conference be set for January 7, 2019.

16. The parties understand and agree that any delay resulting from the relief requested would be excludable under the Speedy Trial Act.

s/ Thomas G. Lemon
Thomas G. Lemon
Kansas Bar Number 16120
Attorneys for Defendants
Cavanaugh, Biggs & Lemon, P.A.
2942A S.W. Wanamaker Drive, Suite 100
Topeka, Kansas 66614-4135

Edward F. Novak (admitted Pro Hac Vice)
Meslissa S. Ho (admitted Pro Hac Vice)
Polsinelli PC - Phoenix
CityScape
One East Washington Street, Suite 1200
Phoenix, AZ 85004
*Attorneys for Defendants Thomas Fritzel, DFC Company of Lawrence, L.C. and Eagle 1968, L.C.*

                         s/ Stephen N. Six
                         Stephen N. Six (#16151)
                         Stueve Siegel Hanson LLP - KC
                         460 Nichols Road, Suite 200
                         Kansas City, MO 64112
                         *Attorneys for Defendant Thomas S. Fritzel*


                         s/ Christopher Michael Joseph
                         Christopher Michael Joseph (#19778)
                         Joseph, Hollander & Craft, LLC - Topeka
                         1508 SW Topeka Blvd.
                         Topeka, KS 66612
                         *Attorneys for Defendant Casey Stewart*


                         s/ W. Brian Gaddy
                         W. Brian Gaddy (#17290)
                         Gaddy Law LLC
                         600 Broadway Boulevard, Suite 670
                         Kansas City, MO 64105
                         *Attorneys for Defendant Wesley Lynch*


                         s/ Melanie S. Morgan
                         Melanie S. Morgan (#16088)
                         Morgan Pilate LLC
                         926 Cherry Street
                         Kansas City, MO 64106
                         *Attorneys for Defendant Tucker Fritzel*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 4th day of September, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

     Richard Hathaway, United States Attorney's Office, Attorney for Plaintiff


                         s/ Thomas G. Lemon
                         Thomas G. Lemon - 16120