CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL JURY TRIAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No:  5:18-cr-40058-HLT

THOMAS FRITZEL**,**

        Defendant.

**Atty for Govt: Richard Hathaway**
**Atty for Deft: Edward Novak**
**Melissa Ho**
**Thomas Lemon**
**Stephen Six**

| JUDGE: | Holly L. Teeter |
|---|---|
| CLERK: | Misty Deaton/Andrea Schreyer |
| COURT REPORTER: | Sherry Harris |

| DATE: | 7/24/2019 | 7/25/2019 | 7/26/2019 | 7/29/2019 | 7/30/2019 | |
|---|---|---|---|---|---|---|
| Start time: | 9:13 AM | 9:07 AM | 8:55 AM | 9:11 AM | 11:12 AM | |
| End time: | 2:53 PM | 4:00 PM | 1:44 PM | 11:58 AM | 5:11 PM | |

JURY IMPANELED:  July 24, 2019        At: Topeka, Kansas
JURY SWORN: July 24, 2019

| | | | | |
|---|---|---|---|---|
| **1** | 201190702-013 | | **7** | 201190702-008 |
| **2** | 201190702-012 | | **8** | 201190702-105 |
| **3** | 201190702-047 | | **9** | 201190702-044 |
| **4** | 201190702-062 | | **10** | 201190702-027 |
| **5** | 201190702-050 | | **11** | 201190702-028 |
| **6** | 201190702-090 | | **12** | 201190702-100 |
| **1a** | 201190702-019 | | **2a** | 201190702-098 |

TRIAL PROCEEDINGS

7/24/2019

Jury Selection.

Opening Statements by the parties.

7/25/2019

Government presents evidence.

7/26/2019

Government presents evidence.

Government rests.

7/29/2019

Defendant presents evidence.

Defendant rests.

7/30/2019

Jury Instructions conference.

Court instructs the Jury.

Closing Arguments by the parties.

Jury retires to deliberate:  July 30, 2019 at 2:43 PM
Jury returns with a verdict:  July 30, 2019 at 5:04 PM

☒ Judgment deferred    ☒ PSI ordered   ☒ Bond to continue      ☐ Remand to Custody

Sentencing to be set by the Court at a later date.