*(Revised 5/93)*       **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 5:18-cr-40058-HLT**

| **WITNESSES FOR Plaintiff** | | | **WITNESSES FOR Defendant** | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 7/25/2019 | John (Jay) Patterson | (X) | 7/29/2019 | Harrison Quinn | (X) |
| 7/25/2019 | Scott Mesler | (X) | 7/29/2019 | Jennifer Nuessen | (X) |
| 7/25/2019 | Philip Schlaman | (X) | 7/29/2019 | Paul Werner | (X) |
| 7/25/2019 | Christina Gustafson | (X) | 7/29/2019 | Matthew Gough | (X) |
| 7/25/2019 | Richard Harries | (X) | | | ( ) |
| 7/25/2019 | Richard (Dick) Hall | (X) | | | ( ) |
| 7/26/2019 | Max Cowley | (X) | | | ( ) |
| 7/26/2019 | Adrian Turner | (X) | | | ( ) |
| 7/26/2019 | Tami Van | (X) | | | ( ) |
| 7/26/2019 | Angela Higgins | (X) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |