# EXHIBIT SHEET

Case No:   18-40058-HLT                                          Government Exhibits

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 1 | Kansas Asbestos Regulations (RD 1_Fritzel_EPA_003837 to 003858) | | | | |
| 2 | Alvamar CC Roof Quotes 2008 (RD 1_Fritzel_EPA_003786 to 003792) | X | X | X | J. Patterson |
| 3 | ACT Test Results 2008 (RD 1_Fritzel_EPA_003784 and 003785) | X | X | X | J. Patterson |
| 4 | Purchase Agreement 2014 (RD 1_Fritzel_EPA_000736 to 000759) | X | X | X | |
| 5 | Transfer Document to Eagle 1968, April 20, 2015 (RD 1_Fritzel_EPA_000800 to 000803) | X | X | X | |
| 6 | Title Alvamar Inc. to Eagle 1968, December 29, 2015 (RD 1_Fritzel_EPA_000830) | | | | |
| 7 | Title Alvamar Inc. to Safe Harbour Exchange/Thomas Fritzel, December 29, 2015 (RD 1_Fritzel_EPA_000831 to 000835) | | | | |
| 8A | City of Lawrence Kansas, Building Permit Application Packet | X | X | X | |
| 9 | Herries E-mail March 4, 2016 (RD 1_Fritzel_EPA_003820) | X | X | X | R. Harries |
| 10 | Herries E-mail March 5, 2016 (RD 1_Fritzel_EPA_002284) | X | X | X | R. Harries |
| 11 | E-mails re Alvamar Clubhouse May 4 and May 10, 2016 (RD 1_Fritzel_EPA_002287 to 002289) | X | X | X | M. Gough |
| 12 | ACT Test Results June 7, 2016 (Tucker Fritzel Sample) (RD 1_Fritzel_EPA_000650 to 000651) | X | X | X | P. Schlaman |
| 13 | E-mail from Thomas Fritzel to Wes Lynch and Casey Stewart, forwarding Tucker Fritzel's Email re: ACT Test Results September 6, 2016 (DFC-EPA-002555 to 002557) | | | | |
| 14 | ACT Chain of Custody for June 7, 2016 Sample (RD 1_Fritzel_EPA_004068) | X | X | X | P. Schlaman |
| 15A | Hamm Landfill Scale Tickets Oct 11 to 26, 2016 | X | X | X | A. Higgins |
| 16A | Hamm Landfill Invoices March to November 2016 | X | X | X | A. Higgins |
| 17 | KDHE Photos Taken October 13 and October 28, 2016 (RD 5_Fritzel_EPA_000006; RD1_Fritzel_EPA_003859,;RD 5_Fritzel_EPA_000023; RD1_Fritzel_EPA_003861; RD 5_Fritzel_EPA_000027, 000031, 000038, 000039; | X | X | X | P. Schlaman |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
|  | RD 1_Fritzel_EPA_003862; RD 5_Fritzel_EPA_000045, 000040, 000002, 000017; RD 1_Fritzel_EPA_003860; RD 5_Fritzel_EPA_000047, 000060, 000062, 000064, 000072, 000075, 000050, 000076, 000079, 000082) |  |  |  |  |
| 18 | KDHE Videos Taken October 13 and October 28, 2016 | X | X | X | C. Gustafson |
| 19 | E-mail Exchange Schlaman/Thomas Fritzel October 18, 2016 (RD 1_Fritzel_EPA_002686 to 002688) | X | X | X | P. Schlaman |
| 21 | ACT Report and Chain of Custody October 18, 2016 (KDHE Sample) (RD 1_Fritzel_EPA_000646 to 000648) | X | X | X | P. Schlaman |
| 22 | Gustafson Notes From Meeting October 19, 2016 (RD 1_Fritzel_EPA_003831 to 003834) | X | X | X | C. Gustafson |
| 23 | KDHE Report October 13 to October 18, 2016 (DFC-EPA-002141 to 002142) | X | X | X | C. Gustafson |
| 24 | ACT Pre-Demolition Survey Report and Chain of Custody for samples taken October 21, 2016 (RD 1_Fritzel_EPA_000634 to 000636; 000652 to 000654) |  |  |  |  |
| 25 | EPA Photos 2, 6 and 7; October 30, 2016 (RD 1_Fritzel_EPA_000616, 620 and 621) |  |  |  |  |
| 26 | B&R Insulation Forman Daily Field Reports October 28 and October 31, 2016 (DFC-EPA-001616 to 001617) | X | X | X | M. Cowley |
| 27 | Johnson County Landfill Waste Shipment Record (DFC EPA-001618 to 001620) | X | X | X | M. Cowley |
| 28 | E-mail re Clean Up Costs January 16, 2017 (RD 1_Fritzel_EPA_002726 to 002727) |  |  |  |  |
| 29 | May 2019 Curriculum Vitae for Kristen A. Keteles, Ph.D (RD 3_Fritzel_EPA_000006 to 000014) |  |  |  |  |
| 30 | Asbestos Report August 21, 2018 (RD 3_Fritzel_EPA_000001 to 000005) |  |  |  |  |
| 31 | Bill Davis Roofing LC Annual Report Filed April 4, 2018 (RD 1_Fritzel_EPA_000465 to 000466) |  |  |  |  |
| 32 | DFC Company of Lawrence, LC Articles of Organization, Filed March 4, 1994; Certificate of Amendment to Articles of Organization, Filed July 11, 2002; and Certificate of Amendment to Articles of Organization, Filed December 16, 2016 (RD 1_Fritzel_EPA_000470 to 000473; 000464) | X | X | X |  |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 33 | DFC Company of Lawrence, LC<br>Annual Report Filed April 4, 2018<br>(RD 1_Fritzel_EPA_000468 to 000469) | X | X | X | |
| 34 | Eagle 1968, LC<br>Articles of Organization<br>Filed December 22, 2015<br>(RD 1_Fritzel_EPA_000478 to 000479) | X | X | X | |
| 35 | Eagle 1968, LC Annual Report, Filed April 6, 2017<br>(RD 1_Fritzel_EPA_000476 to 000477) | X | X | X | |
| 36 | Eagle 1968, LC Annual Report<br>Filed February 28, 2018<br>(RD 1_Fritzel_EPA_000474 to 000475) | | | | |
| 37 | Gene Fritzel Construction Co., Inc.<br>Annual Report Filed October 17, 2017<br>(RD 1_Fritzel_EPA_000489 to 000490) | | | | |
| 38 | JT Management of Lawrence, L.C.<br>Articles of Organization, Filed June 9, 2016<br>(RD 1_Fritzel_EPA_000494 to 000495) | | | | |
| 39 | JT Management of Lawrence, L.C.<br>Annual Report Filed April 13, 2017<br>(RD 1_Fritzel_EPA_000492 to 000493) | | | | |
| 40 | JT Management of Lawrence, L.C.<br>Annual Report Filed March 14, 2018<br>(RD 1_Fritzel_EPA_000491) | | | | |
| 41 | JT Management of Lawrence, L.C.<br>Annual Report Filed April 10, 2019 | | | | |
| 42 | The Olivia Collection, L.C.<br>Articles of Organization, Filed July 23, 2009<br>(RD 1_Fritzel_EPA_000496 to 000497) | | | | |
| 43 | The Olivia Collection, L.C.<br>Annual Report Filed April 16, 2018<br>(RD 1_Fritzel_EPA_000498) | | | | |
| 44 | R & R Supply Company, LC.<br>Certificate of Amendment to Articles of Organization,<br>Filed May 8, 2002<br>(RD 1_Fritzel_EPA_000499) | X | X | X | |
| 45 | R & R Supply Company, LC.<br>Annual Report Filed April 19, 2005<br>(RD 1_Fritzel_EPA_000501 to 000502) | X | X | X | |
| 46 | Recorded Interview, Wesley Lynch October 6, 2017 | | | | |
| 46A | Transcript of Recorded Interview (Lynch) | | | | |
| 47 | Recorded Interview, Casey Stewart October 6, 2017 | | | | |
| 47A | Transcript of Recorded Interview (Stewart) | | | | |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 48 | Moffett Drawing | | | | |
| 49 | Blueprints re: construction (RD 1_Fritzel_EPA_002843, 002845, 002846, 002854, 002861, 002862, 002863, 002875, 002876, 002882, 002885, 002888) | X | X | X | |
| 50 | Roof Photos (RD 1_Fritzel_EPA_003662, 003663, 003667, 003668, 003672, 003673) | X | X | X | H. Quinn |
| 51 | PowerPoint re: Asbestos | | | | |
| 52 | Payroll Stubs (Marshall) | | | | |
| 53 | Stewart, Lynch and Tucker Fritzel Employment Records | | | | |
| 54 | Curriculum Vitae for Phil Schlaman (RD 2_Fritzel_EPA_000030) | X | X | X | P. Schlaman |
| 55 | KDHE Asbestos Demolition Notification Form | X | X | X | P. Schlaman |
| 56 | EPA Photos taken on October 30, 2016 | X | X | X | |
| | | | | | |
| | | | | | |