# EXHIBIT SHEET

**Case No:** 5:18-CR-40058-HLT  **Defendants Exhibits**

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1001. | File_Review_at_KDHE | | | | |
| 1002. | Interview_of_Javier_Ahumuda | | | | |
| 1003. | Interview_of_Adam_Irvine | | | | |
| 1004. | Interview_of_Phillip_Schlaman | | | | |
| 1005. | ATT_I._KDHE_Penalty_Matrix_125644 | | | | |
| 1006. | Interview_of_Scott_Mesler | | | | |
| 1007. | Interview_of_Jay_Patterson | | | | |
| 1008. | ATT_I._Test_Results_131190 | | | | |
| 1009. | ATT_II._Bids_131191 | | | | |
| 1010. | Interview_II_of_Phillip_Schlaman | | | | |
| 1011. | Interview_of_Richard_'Dick'_Stuntz | | | | |
| 1012. | Interview_of_Wesley_Lynch | | | | |
| 1013. | Interview_of_Robert_'Bob'_Johnson | | | | |
| 1014. | Interview_of_Casey_Stewart | | | | |
| 1015. | Interview_of_Matthew_Moffet | | | | |
| 1016. | Interview_of_Jerry_Magnuson | | | | |
| 1017. | Interview_of_Dan_King | | | | |
| 1018. | ATT_I._Chain_of_Custody,_Recorded_Interview | | | | |
| 1019. | Interview_of_Shane_Gardner | | | | |
| 1020. | Interview_of_Richard_Herries | | | | |
| 1021. | Interview_of_Richard_(Dick)_Hall | | | | |
| 1022. | Interview_of_Craig_Palm | | | | |
| 1023. | Blueprints | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1024. | About Office of Enforcement and Compliance Assurance | | | | |
| 1025. | March 12, 2018 J. Woods Memo re Enforcement Principles and Priorities | | | | |
| 1026. | Alvamar Photos | X | X | X | H. Quinn |
| 1027. | Alvamar - Stewart transcript | | | | |
| 1028. | Alvamar Country Club Bulk Sampling Report_Private Country Club | | | | |
| 1029. | Alvamar Country Club Pre-Demolition Survey Report_Golf Cart Barn | | | | |
| 1030. | Alvamar Country Club Pre-Demolition Survey Report_Public Clubhouse | | | | |
| 1031. | Alvamar Country Club_Documentation | | | | |
| 1032. | Alvamar Lynch transcript | | | | |
| 1033. | Alvamar Purchase Agreement | | | | |
| 1034. | Alvamar.Patterson Settlement Agreement | X | X | X | J. Patterson |
| 1035. | Aug 22, 2015 Letter from L. Healey and John Patterson | X | X | X | J. Patterson |
| 1036. | Building permits | | | | |
| 1037. | NOT USED | | | | |
| 1038. | Documents from KDHE PPR | | | | |
| 1039. | Emails and documents ACT and B&R | | | | |
| 1040. | Feb 11, 2015 Letter from L. Healey and John Patterson | X | X | X | J. Patterson |
| 1041. | Fritzel Emails and EPA forms | | | | |
| 1042. | NOT USED | | | | |
| 1043. | Patterson - Douglas County valuations | | | | |
| 1044. | StarKist article | | | | |
| 1045. | Tom Lee notebook pages | | | | |
| 1046. | USA v. StarKist Complaint | | | | |
| 1047. | USA v. StarKist Consent Decree | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1048. | USA v. Tyson Poultry Plea Agreement | | | | |
| 1049. | 1049a.  EPA Photos | | | | |
|  | 1049b.  EPA Collection Video 10.13 | X | X | X | P. Schlaman |
|  | 1049c.  EPA Dumpster Video 10.28 | X | X | X | C. Gustafson |
|  | 1049d.  EPA Dumpster Video 10.28 | | | | |
| 1050. | Asbestos Notification | | | | |
| 1051. | KDHE E-mails | X | X | X | P. Schlaman |
| 1052. | Kansas Asbestos Complaint_Consultation Report | | | | |
| 1053. | Hamm landfill invoices | | | | |
| 1054. | 2008.12.04 ACT Report | | | | |
| 1055. | 2016.03.04 Herries e-mail re clubhouse | | | | |
| 1056. | 2016.03.05 Herries email re asbestos | | | | |
| 1057. | 2016.05.04 Gough email re Alvamar Clubhouse | | | | |
| 1058. | 2016.05.10 Gough email re clubhouse roof | | | | |
| 1059. | 2016.06.08 Tucker Fritzel email re ACT test - no asbestos | | | | |
| 1060. | ACT I Response 2-12-17 | X | X | X | A. Turner |
| 1061. | 19.03.19 Lab Report | | | | |
| 1062. | 2016.10.18 Schlaman email re asbestos report | | | | |
| 1063. | 2016.10.18 Schlaman email re stop work | | | | |
| 1064. | 2016.10.18 Shlaman email re receiving ACT report | | | | |
| 1065. | NOT USED | | | | |
| 1066. | 2016.10.19 Schlaman email re meeting | X | X | X | P. Schlaman |
| 1067. | 2016.10.24 ACT Report to Gene Fritzel Construction with report | | | | |
| 1068. | 2016.10.24 ACT Report to Gene Fritzel Construction(2) | | | | |
| 1069. | 2016.10.24 ACT Report to Gene Fritzel Construction(3) | | | | |
| 1070. | 2016.10.24 ACT Report to Gene Fritzel Construction | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1071. | 2016.10.28 ACT Report to Casey Stewart(2) | | | | |
| 1072. | 2016.10.28 ACT Report to Casey Stewart(3) | | | | |
| 1073. | 2016.10.28 ACT Report to Casey Stewart(4) | | | | |
| 1074. | 2016.10.28 ACT Report to Casey Stewart | | | | |
| 1075. | 2016.10.29 Fritzel email sending notice to Schlaman | | | | |
| 1076. | 2016.10.29 Hall email re state notice form | | | | |
| 1077. | 2016.11.07 Fritzel email re KDHE permission to resume demo | X | X | X | P. Schlaman |
| 1078. | 2017.01.16 Fritzel email re B&R Invoice | | | | |
| 1079. | B&R Documents | | | | |
| 1080. | 2017.12.08 Glenn e-mail | | | | |
| 1081. | 2016.05.06 Johnson e-mail thread | | | | |
| 1082. | NOT USED | | | | |
| 1083. | Johnson Landfill receipts | | | | |
| 1084. | NOT USED | | | | |
| 1085. | Various related emails re removal of asbestos | X | X | X | P. Schlaman |
| 1086. | 2017.10.11 Email from J Magnuson to T Fritzel re meeting with Bob and Jerry | | | | |
| 1087. | 2016.05.05 Glenn email re Alvamar Clubhouse | | | | |
| 1088. | 2016.06.20 Magnuson email re Alvamar financials_tax appeal | | | | |
| 1089. | 2016.07.21 Grant Glenn email re Alvamar Tax Appeal | | | | |
| 1090. | 2017.10.13 Magnuson email re Alvamar meeting with Bob and Jerry | | | | |
| 1091. | 2017.12.08 Gough email re alvamar payment | | | | |
| 1092. | 2017.12.14 Glenn email re Alvamar payment | | | | |
| 1093. | 2018.03.19 Magnuson email | | | | |
| 1094. | EPA_CID Lead Information Worksheet | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1095. | John Patterson Grand Jury Testimony | | | | |
| 1096. | Bliss Sports Assignment | | | | |
| 1097. | Membership Settlement.Kingsley.executed | | | | |
| 1098. | Membership Settlement.Krueger.executed | | | | |
| 1099. | Membership Settlement.Mitchell.executed | | | | |
| 1100. | Membership Settlement.Riling.executed | | | | |
| 1101. | Orion Management Letter | | | | |
| 1102. | State of Kansas VendorData_2016 | | | | |
| 1103. | State of Kansas VendorData_2017 | | | | |
| 1104. | State of Kansas VendorData_2018 | | | | |
| 1105. | KDHE Video 10-13-16 | | | | |
| 1106. | King Interview - audio | | | | |
| 1107. | Lynch Interview – audio | | | | |
| 1108. | P Werner 2 Interview – audio | | | | |
| 1109. | P Werner Interview – audio | | | | |
| 1110. | Stewart Interview – audio | | | | |
| 1111. | Stuntz Interview – audio | | | | |
| 1112. | ATT_I._Herries_Email | | | | |
| 1113. | ATT_II._List_of_Email_addreses_per_Palm | | | | |
| 1114. | ATT_III._Chain_of_Custody | | | | |
| 1115. | Asbestos Penalty Matrix | | | | |
| 1116. | KDHE Combined Photos 10-13-16 | | | | |
| 1117. | Gustafson Notes 10-16 | | | | |
| 1118. | KDHE Chain of Custody | | | | |
| 1119. | KS Regs Asbestos | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1120. | C Palm 3-23-18. Interview - audio | | | | |
| 1121. | Drone/Construction Photographs | | | | |
| 1122. | School records – University of Kansas | | | | |
| 1123. | School records – Fort Hayes State University | | | | |
| 1124. | Anderson, Kim CV | | | | |
| 1125. | NOT USED | | | | |
| 1126. | NOT USED | | | | |
| 1127. | 124807_GAR_Interview_of_Tami_Van | | | | |
| 1128. | ACT III Chain of Custody | | | | |
| 1129. | 123979_Interview_of_Paul_Werner | | | | |
| 1130. | 124808_Interview_of_Bill_Davis | | | | |
| 1131. | 124834_Interview_of_Adrian_Turner | | | | |
| 1132. | NOT USED | | | | |
| 1133. | Drone Photographs | | | | |
| 1134. | Aerial photos 1991 – 2018 Google | X | X | X | J. Nuessen |
| 1135. | Aerial Photographs – Douglas County GIS | X | X | X | |
| 1136. | 1st Addendum to Promissory Note | | | | |
| 1137. | Bill of Sale and Assumption Agreement | | | | |
| 1138. | Promissory Note | | | | |
| 1139. | Purchaser's Settlement Statement | | | | |
| 1140. | Alvamar Golf Club Webpage | | | | |
| 1141. | 2018-2022 EPA Strategic Plan | | | | |
| 1142. | Federal Register 1990-11-20 | | | | |
| 1143. | Settlement & Release Agreement | X | X | X | M. Gough |
| 1144. | 2016 Calendar | X | X | X | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1145. | Summary Chart | | | | |
| 1146. | Demonstrative Exhibits | | | | |
| 1147. | | | | | |
| 1148. | | | | | |
| 1149. | | | | | |
| 1150. | | | | | |
| 1151. | | | | | |
| 1152. | | | | | |
| 1153. | | | | | |
| 1154. | | | | | |
| 1155. | | | | | |