

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS FRITZEL,<br><br>    Defendant. | Case No. 5:18-CR-40058-HLT |

## VERDICT FORM FOR DEFENDANT THOMAS FRITZEL

### Count 2

We, the jury in the above-entitled case, duly impaneled and sworn, upon our oaths find Thomas Fritzel:

_____ Not Guilty

__✓__ Guilty

of violating 42 U.S.C. § 7413(c)(2)(B), by knowingly failing to notify the Environmental Protection Agency of intent to demolish or renovate prior to removing regulated asbestos-containing material as required by 40 CFR § 61.145(b), as charged in Count 2.

### Count 3

We, the jury in the above-entitled case, duly impaneled and sworn, upon our oaths find Thomas Fritzel:

_____ Not Guilty

__✓__ Guilty

of violating 42 U.S.C. § 7413(c)(1) by knowingly failing to adequately wet regulated asbestos-containing material removed or stripped from a demolition or renovation site as required by 40 CFR § 61.145(c)(6), as charged in Count 3.

**Count 4**

We, the jury in the above-entitled case, duly impaneled and sworn, upon our oaths find Thomas Fritzel:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

of violating 42 U.S.C. § 7413(c)(1) by knowingly failing to contain regulated asbestos-containing material removed or stripped from a demolition or renovation site in leak-tight wrapping or leak-tight containers as required by 40 CFR § 61.145 and 40 CFR § 61.150, as charged in Count 4.

Did all twelve jurors agree as to each answer given in this Verdict?

\_\_\_✓\_\_\_ Yes

_____ No

\_\_7/30/2019\_\_
Date